Frankie L. MCCOY, Sr.,
Plaintiff-Appellant,

v.

MARYLAND DEPARTMENT OF PUB-
LIC SAFETY AND CORRECTIONAL
SERVICES, ("DPSCS"); Gary May-
nard, Secretary, DPSCS; Gregg L.
Hershberger, Secretary, DPSCS; Com-
missioner Stouffer; Dayena Corcoran,
Warden; Laura Armstead, Assistant
Warden; CEO of Maryland Correc-
tional Enterprises, Shiloh; Correction-
al Officer Bivens; Correctional Officer
Nivens; Correctional Officer Washing-
ton; Correctional Officer Henry; Cor-
rectional Officer Osles; Correctional
Officer Gatewood; Correctional Offi-
cer Kramo; Correctional Officer
Daughtery; Correctional Officer Bai-
ley; Correctional Officer Fliggins;
Correctional Officer Mackall; Social
Worker Rembraundat; Social Worker
Carya, Defendants-Appellees.

No. 17-7028

United States Court of Appeals,
Fourth Circuit.

Submitted: November 21, 2017

Decided: November 28, 2017

Frankie L. McCoy, Sr., Appellant Pro
Se. Stephanie Judith Lane-Weber, Assis-
tant Attorney General, Baltimore, Mary-
land, for Appellees.

Before WYNN and THACKER, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Frankie McCoy, Sr., appeals the district
court's order denying relief on his civil
action asserting claims under the Rehabili-
tation Act of 1973, as amended, 29
U.S.C.A. §§ 701 to 7961 (West 2008 &
Supp. 2017); the Americans with Disabili-
ties Act, 42 U.S.C. §§ 12101 to 12213
(2012); and 42 U.S.C. § 1983 (2012). We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*McCoy v. Md. Dep't of Pub. Safety &
Corr. Servs.*, No. 1:16-cv-00090-JFM, 2017
WL 3251558 (D. Md. July 28, 2017). We
grant McCoy's motion to amend/correct
his informal brief. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*AFFIRMED*